*Jack Saade*, pro se.


JACK SAADE *vs.* ZONING COMMISSION OF THE CITY OF BOSTON & another.[1] November 30, 2001. *Supreme Judicial Court,* Appeal from order of single justice.

Jack Saade (petitioner) appeals under S.J.C. Rule 2:21, as amended, 434 Mass. 1301 (2001), from the denial of relief under G. L. c. 211, § 3, by a single justice of this court. A Land Court judge had dismissed the complaint as to the Boston Redevelopment Authority (BRA) in the underlying action.

The order of the Land Court judge is interlocutory, so we consider whether the petitioner has, as rule 2:21 (2) requires, "set forth . . . reasons why review of the trial court decision cannot adequately be obtained on appeal . . . or by other available means." The petitioner has alleged in his memorandum filed under rule 2:21 that his "substantive equal protection rights" and his "substantive due process rights" have been violated; that certain cases have a bearing on the action; and that the BRA should be a party to the action. He states, in conclusion, that he "will suffer irreparable

---

harm" and that he does not have other appellate options. These statements do not rise to the level required by rule 2:21 (2).

*Judgment affirmed.*

The case was submitted on the papers filed, accompanied by a memorandum of law.